United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 22-01777-MJC
Phillip C Lombard  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Oct 21, 2022     Form ID: ntnew341     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol   Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phillip C Lombard, 26 Holcumb Rd, Shavertown, PA 18708-1401 |
| 5496197 | + | C Tech Collection Inc, Attn: Bankruptcy Dept, 5505 Nesconset Hwy, Suite 200, Mount Sinai, NY 11766-2026 |
| 5496200 | + | Luzerne County Tax Claim Bureau, C/O Elite Revenue Solutions LLC, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5496201 | + | NAPA, 4 Breaker rd, Wilkes Barre, PA 18706-5243 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 21 2022 18:54:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5496198 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 21 2022 18:53:53 | CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5496199 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 21 2022 18:48:00 | Internal Revenue Service, P.O. Box 16336, Philadelphia, PA 19114-0436 |
| 5499170 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 21 2022 18:53:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5496202 | + | Email/PDF: pa_dc_claims@navient.com | Oct 21 2022 18:53:53 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 5496204 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 21 2022 18:47:00 | PNC Mortgage, Attn: Bankruptcy Department, PO Box 8819, Dayton, OH 45401 |
| 5496205 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 21 2022 18:47:00 | PNC Mortgage, Attn: Bankrutpcy, PO Box 8819, Dayton, OH 45401 |
| 5496203 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 21 2022 18:48:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 5496942 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 21 2022 18:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5496369 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2022 18:54:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5496206 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Oct 21 2022 18:48:00 | Westlake Financial, PO Box 76809, Los Angeles, CA 90076-0809 |
| 5497835 | + | Email/Text: pasi_bankruptcy@chs.net | Oct 21 2022 18:47:00 | Wilkes-Barre General Hospital c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Leah M Stump | on behalf of Debtor 1 Phillip C Lombard lstump@shepleylaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Phillip C Lombard,   Chapter 13

**Debtor 1**

Case No.   5:22−bk−01777−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: November 28, 2022<br><br>Time: 09:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 21, 2022 |

ntnew341 (04/18)