In re:  Case No. 22-01777-MJC
Phillip C Lombard  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Nov 09, 2022     Form ID: ordsmiss     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phillip C Lombard, 26 Holcumb Rd, Shavertown, PA 18708-1401 |
| 5496197 | + | C Tech Collection Inc, Attn: Bankruptcy Dept, 5505 Nesconset Hwy, Suite 200, Mount Sinai, NY 11766-2026 |
| 5496200 | + | Luzerne County Tax Claim Bureau, C/O Elite Revenue Solutions LLC, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5496201 | + | NAPA, 4 Breaker rd, Wilkes Barre, PA 18706-5243 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Nov 09 2022 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5496198 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 09 2022 18:48:38 | CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5496199 | | EDI: IRS.COM | Nov 09 2022 23:43:00 | Internal Revenue Service, P.O. Box 16336, Philadelphia, PA 19114-0436 |
| 5499170 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 09 2022 18:48:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5496202 | + | EDI: NAVIENTFKASMSERV.COM | Nov 09 2022 23:43:00 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 5496204 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 09 2022 18:39:00 | PNC Mortgage, Attn: Bankruptcy Department, PO Box 8819, Dayton, OH 45401 |
| 5496205 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 09 2022 18:39:00 | PNC Mortgage, Attn: Bankrutpcy, PO Box 8819, Dayton, OH 45401 |
| 5496203 | | EDI: PENNDEPTREV | Nov 09 2022 23:43:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 5496203 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 09 2022 18:39:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 5496942 | | EDI: PENNDEPTREV | Nov 09 2022 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5496942 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 09 2022 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5496369 | + | EDI: RMSC.COM | Nov 09 2022 23:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5496206 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Nov 09 2022 18:39:00 | Westlake Financial, PO Box 76809, Los Angeles, CA 90076-0809 |
| 5497835 | + | Email/Text: pasi_bankruptcy@chs.net | Nov 09 2022 18:39:00 | Wilkes-Barre General Hospital c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Leah M Stump | on behalf of Debtor 1 Phillip C Lombard lstump@shepleylaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Phillip C Lombard,         Chapter     13

   **Debtor 1**

                                               Case No.     5:22−bk−01777−MJC

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: November 9, 2022

ordsmiss (05/18)